IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN BOWLES**                                                                             **PLAINTIFF**

v.                            **CASE NO. 3:23-CV-00021-BSM**

**JOHN LOGAN and**
**LOGAN REAL ESTATE COMPANY**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE